# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MIA M. DAUGHERTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12-CV-544-NAB |
| ) | |
| RIVER CITY CASINO, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. On April 4, 2012, the Court ordered plaintiff to submit a copy of her Equal Employment Opportunity Commission ("EEOC") right-to-sue letter, if she had received one.[1] The Court advised plaintiff that if she failed to comply with the Order, this action would be dismissed without prejudice. Plaintiff has not submitted an EEOC right-to-sue letter and has not otherwise responded to the Court's April 4 Order. As a result, the Court shall dismiss the complaint. Fed. R. Civ. P. 41(b).

Accordingly,

---

[1] The Court explained that if plaintiff had not yet received an EEOC right-to-sue letter, it would not have jurisdiction over her EEOC claim or her Missouri Commission on Human Rights claim in the instant case, because federal jurisdiction over a state Missouri Human Rights Act claim depends upon the Court's jurisdiction over a federal claim in the same action.

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED** that plaintiff's motion for appointment of counsel [Doc. #4] is **DENIED** as moot.

A separate Order of Dismissal shall accompany this Memorandum and Order.

Dated this 14th Day of May, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE